THE CITY OF NEW YORK, Respondent, v. UNITED STATES BUILDERS SUPPLY Co., INC., and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — McAvoy, Merrell, Martin and O'Malley, JJ.

MALVERNE BUILDING COMPANY, INC., Appellant, v. NEIL MACDONALD, Respondent.— Judgment affirmed, with costs. No opinion. Present — McAvoy, Merrell, Martin and O'Malley, JJ.

SAADI VREELAND, Respondent, v. PRESTON P. SATTERWHITE, Appellant.— Determination appealed from and judgment of the Municipal Court reversed and a new trial ordered, with costs in all courts to the appellant to abide the event, upon the ground that the decision of the Municipal Court was against the weight of the credible evidence. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

THE GARDNER MOTOR COMPANY, INC., Respondent, v. DRAEGER SHIPPING Co., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH L. RAO, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

JOHN J. O'BRIEN and JOSEPH H. TONYAN, Respondents, v. KNICKERBOCKER ICE COMPANY and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

SAMUEL MORGENBESSER, Respondent, v. NEW YORK RAILWAYS CORPORATION, Appellant, and NEW YORK STEAM CORPORATION, Defendant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH O'KEEFE, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

ORANGE BLOSSOM LAUNDRY SERVICE Co., INC., Appellant, v. FRANK ERRICO and JOSEPH ERRICO, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

TUDOR ELECTRICAL SUPPLY Co., INC., Appellant, v. 425 EAST 86TH STREET CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

HELEN D. KEATING, Appellant, v. NEW YORK LIFE INSURANCE COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

SPADARO TRUCKING COMPANY, INC., Respondent, v. STANDARD OIL COMPANY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.